U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED - SHREVEPORT

JUL 10 2007

ROBERT H. SHEMWELL, CLERK
BY _____
           DEPUTY

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
### SHREVEPORT DIVISION

| | |
|---|---|
| **JAMES RONALD FRANKS** | **CIVIL ACTION NO. 5:06CV1032** |
| **VERSUS** | **JUDGE WALTER** |
| **WARDEN FORCHT-WADE CORRECTIONAL CENTER** | **MAGISTRATE JUDGE HORNSBY** |

## CERTIFICATE OF APPEALABILITY

A final order having been filed in the above-captioned habeas case, the court, considering the record in this case and the requirements of 28 U.S.C. § 2253, hereby finds that:

✓  The certificate of appealability is DENIED because the applicant has failed to demonstrate a substantial showing of the denial of a constitutional right.

__  The certificate of appealability is GRANTED for the below reasons:

The applicant has made a substantial showing that the following issues constitute a denial of a constitutional right:

Signed at Shreveport, Louisiana, this 10 Day of July, 2007.

Donald E. Walter
UNITED STATES DISTRICT JUDGE